FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30  AM 8: 03

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL DORSEY** | **CIVIL ACTION** |
| **VERSUS** | **NO.  05-2670** |
| **WARDEN JAMES MILLER, ET AL** | **SECTION "R" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Michael A. Dorsey's claims pursuant to Title 42 U.S.C. § 1983 against the defendants, Warden James Miller, Secretary Richard Stalder and Deputy Secretary Linda Ramsay, in their official capacities, are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted and/or for seeking monetary damages from an immune defendant pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____

IT IS FURTHER ORDERED that Dorsey's § 1983 excessive force claim against the defendant Lieutenant Ronnie Seal are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies as required by Title 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that Dorsey's remaining § 1983 claims against the defendants, Secretary Richard Stalder, Deputy Secretary Linda Ramsay, Warden James Miller, Sergeant Charles Graham, Lieutenant Ronnie Seal, Sergeant Charlie Morris, Sergeant Samuel Tynes, Bruce Steward, and Colonel Wayne Seal, are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

IT IS FURTHER ORDERED that the defendants' **Motion to Dismiss Defendants Richard Stalder and Linda Ramsay (Rec. Doc. No. 15)** and **Motion to Dismiss Defendants James Miller, Charles Graham, Ronnie Seal, Charlie Morris, Samuel Tynes, and Bruce Steward (Rec. Doc. No. 17)** are **DISMISSED** as moot.

New Orleans, Louisiana, this _____29th_____ day of _____March_____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**